907 A.2d 519

**John SMITH, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

**No. 68 MAP 2005.**

Supreme Court of Pennsylvania.

Oct. 6, 2006.

ORDER

MOTION TO DISMISS FOR MOOTNESS

PER CURIAM.

AND NOW, this 6th day of October, 2006, the Motion to Dismiss for Mootness is granted.

Justice NEWMAN dissents.